IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NATHANIEL WALKER,**

      Petitioner,

v.                                         Case No. 4:17cv313-MW/GRJ

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

      Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 22. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion to dismiss the petition as time-barred, ECF No. 20, is **DENIED**. This case is **remanded** to the Magistrate Judge for entry of an order directing a response to the petition and for further proceedings.

**SO ORDERED on November 6, 2018.**

                                                        **s/ MARK E. WALKER
                                                        Chief United States District Judge**