IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL WALKER,

    Petitioner,

v.                                         Case No. 4:17cv313-MW/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 31, and has also reviewed *de novo* Petitioner's objections. ECF No. 32. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted, over Petitioner's objections,** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1, is **DENIED**. A Certificate of Appeal is **DENIED**." The Clerk shall also close the file.

**SO ORDERED on January 18, 2020.**

                                                    s/Mark E. Walker      
                                                    **Chief United States District Judge**